USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1647 AARON J. MILLER, Plaintiff, Appellant, v. MAINE PUBLIC SAFETY DEPARTMENT, A/K/A MAINE STATE POLICE, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Eugene W. Beaulieu, U.S. Magistrate Judge] _____________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Lynch, Circuit Judges. ______________ ____________________ Aaron J. Miller on brief pro se. _______________ Andrew Ketterer, Attorney General, Paul Stern and Peter J. Brann, _______________ __________ ______________ Assistant Attorneys General, on brief for appellees Maine Public Safety Department, a/k/a Maine State Police, Dale York, Robert James, Robert Ervin, Walter Chapin, Stanley Cunningham, Laurie Rackliff and John Blagdon. Philip M. Coffin, III, Thomas V. Laprade and Lambert, Coffin, ______________________ __________________ _________________ Rudman & Hochman on brief for appellees City of Augusta, Wayne __________________ McCamish and William Hayward. ____________________ November 7, 1996 ____________________ Per Curiam. The judgment is affirmed substantially for __________ the reasons recited by the magistrate-judge in his May 7, 1996 memorandum of decision. Plaintiff's complaint that the magistrate-judge overlooked his affidavit and statement of disputed facts is misplaced; those documents were submitted, in untimely fashion, only after judgment had issued. We note that plaintiff's submissions would not call the magistrate- judge's reasoning into question in any event. We have considered the remaining arguments advanced by plaintiff on appeal and find them unavailing.  Affirmed. _________ -2-